COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



EDWIN JONATHAN REYNOSO,

Appellant,

v.

THE STATE OF TEXAS,

Appellee.

§

§

§

§

§

§

§

No. 08-12-00324-CR

Appeal from the

283rd District Court

of Dallas County, Texas

(TC# F-1057221-T)

## J U D G M E N T

The Court has considered this cause on the Appellant's motion for voluntary dismissal of appeal and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 12TH DAY OF FEBRUARY, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.